**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Donald Roth, | Civil No. 11-770 (RHK/FLN) |
| Plaintiff, | **ORDER** |
| vs. | |
| Barbara Mock, et al., | |
| Defendants. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  March 31, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge